# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAUDE HARRIS,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| (SEPTA) SOUTHEASTERN<br>PENNSYLVANIA TRANSPORTATION<br>AUTHORITY, *et al.*,<br>Defendants. | : | NO. 17-4184 |

## ORDER

AND NOW, this 20th day of October, 2017, upon consideration of Plaintiff's motion to proceed *in forma pauperis*, his *pro se* complaint, and his request for the appointment of counsel, it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The complaint is **DISMISSED** with prejudice in accordance with the Court's memorandum.

3. Plaintiff's request for the appointment of counsel is **DENIED**.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

MITCHELL S. GOLDBERG, J.